**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 18-2168

VICTOR O. JONES, JR.,

Plaintiff - Appellant,

v.

WELLS FARGO BANK N.A.; GOVERNMENT NATIONAL MORTGAGE ASSOCIATION, as Trustee for Ginnie Mae Remic Trust 2006-026; JOHN DOES 1-100,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Bruce H. Hendricks, District Judge.  (6:17-cv-02486-BHH)

Submitted:  May 28, 2019                    Decided:  May 31, 2019

Before WILKINSON, MOTZ, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Victor O. Jones, Jr., Appellant Pro Se.  Matthew Todd Carroll, Columbia, South Carolina, Shelton Sterling Laney, III, WOMBLE BOND DICKINSON (US) LLP, Greenville, South Carolina, for Appellee Wells Fargo Bank, N.A.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Victor O. Jones, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Jones' complaint with prejudice for lack of subject matter jurisdiction pursuant to the *Rooker-Feldman*[*] doctrine. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jones v. Wells Fargo Bank*, N.A., No. 6:17-cv-02486-BHH (D.S.C. Sept. 4, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] *D.C. Ct. of Appeals v. Feldman*, 460 U.S. 462 (1983); *Rooker v. Fid. Tr. Co.*, 263 U.S. 413 (1923).

2